# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS, | ) 1:08cv1289 OWW DLB |
| | ) |
| | ) |
| | ) ORDER DENYING APPLICATION TO |
| Plaintiff, | ) PROCEED IN FORMA PAUPERIS |
| | ) |
| v. | ) (Document 3) |
| | ) |
| ARNOLD SCHWARZENEGGER, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff Janetta Sconiers ("Plaintiff") is proceeding pro se in this action.  She filed her complaint on September 2, 2008, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Review of her application reveals that she failed to sign the document under penalty of perjury.  The Court must therefore DENY her application.  Plaintiff will be granted thirty (30) days from the date of service of this order to file a completed application.  Should she fail to do so, the Court will recommend that this action be dismissed.

IT IS SO ORDERED.

**Dated:    September 16, 2008**            /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

1