# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANETTA SCONIERS, | CASE NO. 1:08-cv-01289-AWI-DLB |
| Plaintiff, | |
| v. | ORDER STRIKING MOTION FOR RELIEF FROM JUDGMENT |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | (Doc. 12) |
| _____/ | |

On January 19, 2012, Plaintiff Janetta Sconiers filed a document entitled "Motion for Relief From Judgment Dated December 4, 2008 Pursuant to F.R.C.P. 60(b)."  In compliance with this Court's order of December 13, 2011, in *Sconiers v. Fresno County Superior Court* (Case No. 1:11-cv-00113-LJO-SMS), which declared Plaintiff Janetta Sconiers a vexatious litigant and ordered pre-filing review of any complaint, motion, or other legal document lodged with this Court, the undersigned has reviewed Plaintiff's January 19, 2012 motion and finds it to be frivolous and malicious in that its purpose is to challenge this Court's authority and to litigate matters that Plaintiff Sconiers was foreclosed from litigating in *Sconiers v. Fresno County Superior Court* (Case No. 1:11-cv-00113-LJO-SMS).  Plaintiff alleges no new facts relevant to this matter.  Even if the motion properly concerned this matter, it is untimely since Plaintiff seeks to bring it more than one year after the entry of judgment in this matter.  F.R.Civ.P. 60(c)(1).

For the above reasons, this Court hereby STRIKES the motion, filed January 19, 2012, as frivolous and malicious.

IT IS SO ORDERED.

Dated: ___January 23, 2012___                    _____

CHIEF UNITED STATES DISTRICT JUDGE